# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:22-cr-335 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JAYLEN HARRIS, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge Amanda M. Knapp's Report and Recommendation that the Court ACCEPT the plea of guilty of defendant Jaylen Harris and enter a finding of guilty against defendant. (Doc. No. 68.)

On June 23, 2022, the government filed an Indictment against defendant. (Doc. No. 13.) On March 22, 2023, this Court issued an order assigning this case to Magistrate Judge Knapp for the purpose of receiving defendant's guilty plea. (Doc. No. 64.)

On April 6, 2023, a hearing was held in which defendant entered a plea of guilty, as follows:

- Count 1, charging him with Conspiracy to Commit Sale or Receipt of Stolen Vehicles, in violation of 18 U.S.C. Sections 371 and 2313;

- Count 2, charging him with Sale or Receipt of Stolen Vehicles, in violation of 18 U.S.C. Section 2313;

- Count 3, charging him with Sale or Receipt of Stolen Vehicles, in violation of 18 U.S.C. Section 2313;

- Count 6, charging him with Possession of Stolen Mail, in violation of 18 U.S.C.

Section 1708; and

- Count 7, charging him with Illegal Possession of a Machine Gun, in violation of 18 U.S.C. Sections 922(o) and 924(a)(2).

Magistrate Judge Knapp received defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 68.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the defendant's plea of guilty is APPROVED.

Therefore, the defendant is adjudged guilty of counts 1, 2, 3, 6, and 7 of the indictment. The sentencing will be held on August 3, 2023, at 10:00 a.m., in Courtroom 530.

**IT IS SO ORDERED**.

Dated: April 26, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**